# Exhibit 1

U.S. Trademark Registrations and Corresponding Assignment Recordation Records

# United States of America
## United States Patent and Trademark Office

# Garberiel

**Reg. No. 4,895,746**

**Registered Feb. 2, 2016**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*

Director of the United States
Patent and Trademark Office

BINWEN ZOU (CHINA INDIVIDUAL)
NO.18, TANLAO, WANCHE VILLAGE
LIANZHOU TOWN
LUODING,GUANGDONG, CHINA 527228

FOR: AIR QUALITY MEASUREMENT APPARATUS, NAMELY, PARTICLE COUNTERS; AMPLIFIERS; BAGS ADAPTED FOR LAPTOPS; BALLASTS FOR HALOGEN LIGHTS; BATTERIES; BATTERY CHARGERS; CALCULATING MACHINES, DATA PROCESSING EQUIPMENT AND COMPUTERS; CAMERAS; CAR VIDEO RECORDERS; CASES FOR MUSIC, AUDIO AND RELATED ELECTRONIC EQUIPMENT, NAMELY, CASES FOR AUDIO TUNERS, AUDIO RECEIVERS, AMPLIFIERS, TAPE PLAYERS, COMPACT DISC PLAYERS, MP3 CONTROLLERS/PLAYERS, AUDIO MIXERS, AUDIO SPEAKERS IN THE NATURE OF MUSIC STUDIO MONITORS, MICROPHONES, AUDIO SPEAKERS, COMPACT DISCS, AUDIO TAPES, PORTABLE COMPUTERS, ANTENNAS, PHONOGRAPHIC RECORD PLAYERS, AUDIO RECORDING EQUIPMENT, AND THE CABLES ASSOCIATED WITH ALL OF THE FOREGOING EQUIPMENT; CELL PHONE STRAPS; CHARGERS FOR ELEC-TRIC BATTERIES; CHRONOGRAPHS FOR USE AS SPECIALIZED TIME RECORDING APPARATUSES; COMPUTER GAME SOFTWARE FOR PERSONAL COMPUTERS AND HOME VIDEO GAME CONSOLES; COMPUTER GAME SOFTWARE FOR USE ON MOBILE AND CELLULAR PHONES; COMPUTER HARDWARE AND COMPUTER PERIPHERALS; CONDUCTIVE FIBERS, NAMELY, HIGH POWER FIBERS FOR CONDUCTING LASER BEAMS IN THE MID INFRARED WAVELENGTH RANGE; CONVERTERS FOR ELECTRIC PLUGS; COVERS FOR ELECTRIC OUTLETS; DEVICES FOR HANDS-FREE USE OF MOBILE PHONES; EARPHONES; ELECTRIC CABLES, WIRES, CONDUCTORS AND CONNECTION FITTINGS THEREFOR; ELECTRIC CURRENT SWITCHES; ELECTRIC LIGHT SWITCHES; ELECTRIC POWER CONVERTERS; ELECTRICAL PICKUPS FOR USE WITH MUSICAL INSTRUMENTS; ELECTRONIC CONTROL GEARS (ECGS) FOR LED LAMPS AND LIGHT FIXTURES; EYEGLASSES; FITTED PLASTIC FILMS KNOWN AS SKINS FOR COVERING AND PROVIDING A SCRATCH PROOF BARRIER OR PROTECTION FOR ELECTRONIC DEVICES, NAMELY, MP3 PLAYERS, MOBILE TELEPHONES, SMART TELEPHONES, DI-GITAL CAMERAS, GLOBAL POSITIONING SYSTEMS AND PERSONAL DIGITAL ASSIST-ANTS; GPS NAVIGATION DEVICE; HANDS FREE DEVICES FOR MOBILE-PHONES; HEADPHONES; LAP-COUNTING DEVICES, NAMELY, COUNTERS FOR USE DURING SPORTING ACTIVITIES; LED AND HID LIGHT CONTROLS; LENGTH MEASURING GAUGES; LIGHT SYSTEMS COMPRISING LIGHT SENSORS AND SWITCHES; LOUDSPEAK-ERS; MOUSEPADS; NEON SIGNS; OPTICAL COMMUNICATIONS SYSTEMS COMPRISED OF OPTICAL AND ELECTRONIC HARDWARE AND COMPUTER SOFTWARE FOR THE

**Reg. No. 4,895,746** TRANSMISSION OF DATA BETWEEN TWO POINTS; PORTABLE MEDIA PLAYERS; PORTABLE TELEPHONES; PORTABLE VIDEO CAMERAS WITH BUILT-IN VIDEOCASSETTE RECORDERS; PROTECTIVE COVERS AND CASES FOR CELL PHONES, LAPTOPS AND PORTABLE MEDIA PLAYERS; RADIO TRANSMITTERS AND RECEIVERS FOR REMOTE CONTROLS, RADIO CONTROLS; REMOTELY-CONTROLLED SUB-AQUATIC VIDEO CAMERA CONTAINING A TV CAMERA, TRANSMITTER, RECEIVER AND MICROPHONE TO RECORD, DETECT, MEASURE, SURVEY AND LOCATE OBJECTS UNDERWATER; SET-TOP BOXES; SLIDE OR PHOTOGRAPH PROJECTION APPARATUS; SMART CARD READERS; SOLAR BATTERIES; SOUND RECORDING APPARATUS; SPECTACLE FRAMES; SPECTACLES; SUNGLASSES; TELEMATICS APPARATUS, NAMELY, WIRELESS INTERNET DEVICES WHICH PROVIDE TELEMATIC SERVICES AND HAVE A CELLULAR PHONE FUNCTION; TELESCOPES; VIDEO MONITORS; VIDEO SCREENS; WIRELESS CELLULAR PHONE HEADSETS; WIRELESS COMMUNICATION DEVICES FOR TRANSMITTING IMAGES TAKEN BY A CAMERA; WIRELESS COMMUNICATION DEVICES FOR VOICE, DATA OR IMAGE TRANSMISSION; WIRELESS INDOOR AND OUTDOOR SPEAKERS; WIRELESS TRANSMITTERS AND RECEIVERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-21-2014; IN COMMERCE 1-20-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-683,303, FILED 7-4-2015.

LINDA M. KING, EXAMINING ATTORNEY

```
┌─────────────────────────────────────────────────────────────────┐
│              REQUIREMENTS TO MAINTAIN YOUR FEDERAL                │
│                    TRADEMARK REGISTRATION                         │
│                                                                   │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE │
│       DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.          │
└─────────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# Assignment abstract of title for application serial no.: 86683303, registration no.: 4895746

| Mark/Registrant | Serial | Registration | International registration |
|---|---|---|---|
| GARBERIEL<br>Binwen Zou | 86683303<br>Jul 04, 2015 | 4895746<br>Feb 02, 2016 | |

## Assignments (1 of 1 total)

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 6104/0081 | Jul 05, 2017 | Jul 13, 2017 | 2 | 3 |

**Conveyance**
ASSIGNS THE ENTIRE INTEREST

| Assignors | Entity type/citizenship |
|---|---|
| ZOU, BINWEN | INDIVIDUAL/CHINA |

| Correspondent | Domestic representative |
|---|---|
| ZHOU EMEI<br>616 CORPORATE WAY, SUITE 2-5451<br>VALLEY COTTAGE, NY 10989 | ZHOU EMEI<br>616 CORPORATE WAY, SUITE 2-5451<br>VALLEY COTTAGE, NY 10989 |

| Assignee | Entity type/citizenship |
|---|---|
| WANG, GELI<br>ROOM 402, NO. 7, MINGLUN STREET, HUANGPU<br>DISTRICT,<br>GUANGZHOU<br>CHINA | INDIVIDUAL/CHINA |

# United States of America
## United States Patent and Trademark Office

# Garberiel

**Reg. No. 4,895,747**
**Registered Feb. 2, 2016**
**Int. Cl.: 11**

**TRADEMARK**

**PRINCIPAL REGISTER**

BINWEN ZOU (CHINA INDIVIDUAL)
NO.18,TANLAO,WANCHE VILLAGE
LIANZHOU TOWN
LUODING,GUANGDONG, CHINA 527228

FOR: AIR CLEANING UNITS CONTAINING AN AIR FILTER, ULTRAVIOLET LIGHTS AND A PHOTOCATALYTIC FILTER; BICYCLE LIGHTS; DESK LAMPS; DIVING LIGHTS; ELECTRIC HOLIDAY LIGHTS; ELECTRIC LIGHT BULBS; ELECTRIC RICE COOKER; ELECTRIC SLOW COOKERS; LIGHT BULBS; LIGHT REFLECTORS; LIGHTS FOR USE IN ILLUMINATING SIGNS AND DISPLAYS; POCKET SEARCH LIGHTS; PORTABLE BATTERY-OPERATED LIGHTS THAT CAN BE PLACED ON SURFACES WHERE OTHER LIGHT SOURCES ARE UNAVAILABLE; PORTABLE UTILITY LIGHTS; READING LIGHTS; SANITIZING APPARATUS FOR LINENS USING ULTRAVIOLET LIGHT, OZONE STERILIZATION AND LOW PRESSURE TECHNIQUES; VEHICLE TURN-SIGNAL LIGHT BULBS; TABLE, FLOOR, STREET LAMPS , IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 3-11-2014; IN COMMERCE 1-20-2015.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 86-683,307, FILED 7-4-2015.

LINDA M. KING, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

```
┌─────────────────────────────────────────────────────────────┐
│            REQUIREMENTS TO MAINTAIN YOUR FEDERAL              │
│                  TRADEMARK REGISTRATION                       │
│                                                               │
│   WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT  │
│   FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS. │
└─────────────────────────────────────────────────────────────┘
```

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.



# Assignment abstract of title for application serial no.: 86683307, registration no.: 4895747

| Mark/Registrant | Serial | Registration | International registration |
|---|---|---|---|
| GARBERIEL | 86683307 | 4895747 | |
| Binwen Zou | Jul 04, 2015 | Feb 02, 2016 | |

## Assignments (1 of 1 total)

### Assignment 1

| Reel/frame | Execution date | Date recorded | Properties | Pages |
|---|---|---|---|---|
| 6104/0081 | Jul 05, 2017 | Jul 13, 2017 | 2 | 3 |

**Conveyance**
ASSIGNS THE ENTIRE INTEREST

| Assignors | Entity type/citizenship |
|---|---|
| ZOU, BINWEN | INDIVIDUAL/CHINA |

| Correspondent | Domestic representative |
|---|---|
| ZHOU EMEI | ZHOU EMEI |
| 616 CORPORATE WAY, SUITE 2-5451 | 616 CORPORATE WAY, SUITE 2-5451 |
| VALLEY COTTAGE, NY 10989 | VALLEY COTTAGE, NY 10989 |

| Assignee | Entity type/citizenship |
|---|---|
| WANG, GELI | INDIVIDUAL/CHINA |
| ROOM 402, NO. 7, MINGLUN STREET, HUANGPU DISTRICT, | |
| GUANGZHOU | |
| CHINA | |